UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., *et al.*, | Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF |
| Debtors. | (Jointly Administered Under<br>Case No. 3:09-bk-07047-JAF) |
| _____/ | |
| NEIL F. LURIA, as Trustee to the TAYLOR, BEAN & WHITAKER PLAN TRUST, | Adv. Pro. No. 3:11-ap-00979-JAF |
| Plaintiff, | |
| v. | |
| 24/7 CALL CAPTURE, LLC, | |
| Defendant. | |
| _____/ | |

## CONSENT JUDGMENT TO PLAINTIFF

THIS ADVERSARY PROCEEDING came before the Court upon the Complaint of the Plaintiff against the Defendant, 24/7 Call Capture, LLC (the "Defendant") to avoid and recover preference and fraudulent transfers, pursuant to 11 U.S.C. §§ 544, 547, 548 and 550, in the amount of $3,611,162.47. Defendant, noted by its signature below, having consented hereto and hereby representing to the Court that the Defendant, through its representative, has had the opportunity to discuss the terms of this Consent Judgment with legal counsel, agrees that the terms set forth herein are fair and reasonable. Accordingly, it is the judgment of the Court that:

1. Defendant, 24/7 Call Capture, LLC, whose last known address is 21700 Oxnard Street, Ste. 1730, Woodland Hills, CA 91367, hereby consents to the entry of this Judgment in the above-referenced action in favor of Plaintiff in the amount of

4629806-1

$3,611,162.47. Said Judgment shall bear interest at the maximum rate allowed by law.

2. Execution on this judgment shall immediately issue.

DATED this 19 day of November, 2012 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

APPROVED AS TO FORM AND CONTENT:

24/7 CALL CAPTURE, LLC

By: _____
Name: Wanda Fishalow
Its: Authorized Representative